UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:25-cv-02339 ADS                    Date: November 24, 2025

Title:  *Manpreet Singh v. Joseph B. Edlow, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|:---:|:---:|
| None Present | None Present |

**Proceedings:**      **(IN CHAMBERS) ORDER RE PROOF OF SERVICE**

The Court is in receipt of the proof of service filed by Plaintiff on October 30, 2025.  (Dkt. No. 7.)  Plaintiff is required to file a proof of service of the Summons, Complaint, and Notice Of Assignment To A U.S. Magistrate Judge and Declination Of Consent Form (the "Notice") within 14 days of service.  C.D. Cal. L. R. 4-6, 73-2.1.  The proof of service does not reflect that Plaintiff served the Notice.  (Dkt. No. 7.)  Plaintiff is ordered to file a proof of service of the Notice on each Defendant by no later than December 8, 2025.

**IT IS SO ORDERED.**

Initials of Clerk kh