UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:25-2339 ADS                                  Date:  January 22, 2026
Title:         *Manpreet Singh v. Joseph B. Edlow, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|           Kristee Hopkins           |           None Reported           |
|:-----------------------------------:|:---------------------------------:|
|            Deputy Clerk             |      Court Reporter / Recorder    |

Attorney(s) Present for Plaintiff(s):       Attorney(s) Present for Defendant(s):
         None Present                                      None Present

**Proceedings:**    **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On October 16, 2025, Plaintiff filed a Complaint.  (Dkt No. 1.)  On December 12, 2025, Defendant filed a stipulation extending time to file a response to the Complaint to January 20, 2026.  (Dkt. No. 10.)  To date, no responsive pleading has been filed and Plaintiff has not requested entry of default.

Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for lack of prosecution.  Plaintiff must file a written response no later than **January 29, 2026.**

Among other appropriate responses, Plaintiff may file a request for entry of default in response to this Order to Show Cause by the above date.

**Plaintiff is expressly warned that failure to timely file a response to this order may result in dismissal of the action**.

**IT IS SO ORDERED.**